# MINUTES

CASE NUMBER:   CIVIL NO. 08-00330SOM-LEK

CASE NAME:     Uila Sakaria vs. FMS Investment Corporation

ATTYS FOR PLA:  Van-Alan H. Shima

ATTYS FOR DEFT: Steven Guttman

INTERPRETER:

JUDGE:    Leslie E. Kobayashi       REPORTER:   FTR-Courtroom 7

DATE:     02/09/2009                TIME:       2:03-2:06

COURT ACTION:  EP: Settlement on the Record held.

Terms stated. Trial date and all deadlines are Vacated.

Motion for Attorneys' Fees and Costs to be submitted by 3/11/2009.

Order for Dismissal to be entered 30 days after Motion for Attorneys' Fees and Costs is decided.

Submitted by: Warren N. Nakamura, Courtroom Manager