KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law; A Law Corporation

STEVEN GUTTMAN   #1289
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:  (808) 529-7177
Email:  sguttman@kdubm.com

Attorney for Defendant
FMS INVESTMENT CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UILA SAKARIA, | ) | Case No. CV08 00330 SOM LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **WITH PREJUDICE OF ALL** |
| | ) | **CLAIMS AND PARTIES and** |
| FMS INVESTMENT | ) | **ORDER** |
| CORPORATION, | ) | |
| | ) | TRIAL DATE:  None |
| Defendant. | ) | |
| | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES and ORDER**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff UILA SAKARIA and Defendant FMS INVESTMENT CORP., by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil

Procedure, that all remaining claims against all parties are hereby dismissed with prejudice.

All parties who have made an appearance in this case have signed this Stipulation.  No motion for summary judgment has been filed by either party.  Trial was set for August 19, 2009, but has been discontinued.

DATED:     Honolulu, Hawaii, April 14, 2009.

/s/ Van-Alan H. Shima
VAN-ALAN H. SHIMA
Attorney for Plaintiff
UILA SAKARIA


/s/ Steven Guttman
STEVEN GUTTMAN
Attorney for Defendant
FMS INVESTMENT CORP.

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii; May 13, 2009.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

In re: <u>Uila Sakaria v. FMS Investment Corporation</u>; Civil No. CV 08-00330 SOM LEK; Stipulation for Dismissal With Prejudice of All Claims and Parties and Order